Closed

PETER S. DICKINSON (Bar No. 139495)
pdickinson@bushgottlieb.com
ERICA DEUTSCH (Bar No. 204427)
edeutsch@bushgottlieb.com
BUSH GOTTLIEB SINGER LÓPEZ
KOHANSKI ADELSTEIN & DICKINSON
A Law Corporation
500 North Central Avenue
Suite 800
Glendale, California 91203
telephone: (818) 973-3200
facsimile: (818) 973-3201

Attorney for Plaintiffs
TRUSTEES OF THE SCREEN ACTORS
GUILD-PRODUCERS PENSION PLAN;
and TRUSTEES OF THE SCREEN ACTORS
GUILD-PRODUCERS HEALTH PLAN

FILED
CLERK, U.S. DISTRICT COURT
MAY - 3 2010
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TRUSTEES OF THE SCREEN
ACTORS GUILD-PRODUCERS
PENSION PLAN; and TRUSTEES
OF THE SCREEN ACTORS
GUILD-PRODUCERS HEALTH
PLAN,

        Plaintiffs,

v.

TOP GUN PRODUCTIONS, LLC, a
Nevada Limited Liability Company,

        Defendant.

Case No.  CV 09-03935 VBF (Ex)

[PROPOSED] JUDGMENT

    Plaintiffs Trustees of the Screen Actors Guild - Producers Pension Plan and Trustees of the Screen Actors Guild - Producers Health Plan (the "Plans") filed a Motion for Summary Judgment against Top Gun Productions, LLC ("Top Gun") pursuant to Rule 56 of the Federal Rule of Civil Procedure.

    It appearing to the Court that no genuine issue of material fact is in dispute,

[PROPOSED] JUDGMENT

129341.1  11630-18025

1

[PROPOSED] JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

The Trustees of the Screen Actors Guild Producers Pension Plan and the Trustees of the Screen Actors Guild - Producers Health Plan shall recover from Top Gun Productions, LLC a Nevada limited liability company, the following sums:

| | |
|---|---|
| Pension & health contributions | $40,996.00 |
| Interest | $ 5,129.42 |
| Liquidated damages | $ 8,199.20 |
| Attorneys' fees | $ 16,732.50 |
| Court Filing Costs | $    922.34 |
| Total Judgment | **$ 71,979.46** |

In addition, daily interest of $5.12 will continue to accrue until May 1, 2010 and at the rate of $5.10 after May 1, 2010, until the judgment is paid.

IT IS SO ORDERED.

Dated: 5-3-10

_____
UNITED STATES DISTRICT JUDGE

BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI ADELSTEIN & DICKINSON
500 N. Central Avenue, Suite 800
Glendale, California 91203-3345

129341.1  11630-18025